## FORSYTH MEMORIAL HOSPITAL v. ARMSTRONG WORLD INDUSTRIES

No. 319PA92

Case below: 107 N.C.App. 110

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 30 September 1992.

## GREENE v. TRUSTEES OF LIVINGSTONE COLLEGE

No. 322P92

Case below: 106 N.C.App. 90

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 30 September 1992.

## IN RE QUEVEDO

No. 298A92

Case below: 106 N.C.App. 574

Motion by guardian ad litem to dismiss appeal allowed 30 September 1992.

## JERNIGAN v. BEASLEY

No. 320P92

Case below: 107 N.C.App. 118

Petition by defendant (Madie B. Beasley) for discretionary review pursuant to G.S. 7A-31 denied 30 September 1992.

## KOHN v. MUG-A-BUG

No. 308P92

Case below: 106 N.C.App. 705

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 September 1992.